Bradley T. Austin, Esq.
Nevada State Bar No. 13064
Snell & Wilmer, LLP
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services, LLC*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SHUNA D. HOLLOMAN,

Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC' EQUIFAX INFORMATION SERVICES, LLC,

Defendants.

Case No. 2:16-cv-02438-JAD-CWH

**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**

Defendant Equifax Information Services LLC ("Equifax") has requested a second extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff Shuna D. Holloman has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended through and including **January 6, 2017**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate

/ / /

/ / /

/ / /

/ / /

/ / /

settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 16th day of December 2016.

SNELL & WILMER LLP

By: /s/ Bradley T. Austin
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

***No opposition***

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Shuna D. Holloman*

IT IS SO ORDERED:

United States Magistrate Judge

DATED: 19/12/16

Snell & Wilmer L.L.P. LAW OFFICES 3883 Howard Hughes Parkway, Suite 1100 Las Vegas, Nevada 89169 702.784.5200

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 16th day of December, 2016, via ECF, upon:

David H. Krieger, Esq.
Haines & Krieger, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123

Email: dkrieger@hainesandkrieger.com

/s/ Candace L. Charlet
An Employee of Snell & Wilmer L.L.P.

25396224.1

Snell & Wilmer L.L.P. LAW OFFICES 3883 Howard Hughes Parkway, Suite 1100 Las Vegas, Nevada 89169 702.784.5200